UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES CURTIS KERN,<br><br>         Plaintiff,<br><br>    v.<br><br>A.F. ALPHONSO,<br><br>         Defendant. | No. 1:24-cv-01195-KES-SAB (PC)<br><br>ORDER DISMISSING ACTION WITH PREJUDICE<br><br>Doc. 15 |

Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983.

On October 14, 2025, the Court adopted the findings and recommendations in part, dismissed plaintiff's second amended complaint for failure to state a cognizable claim for relief, and granted plaintiff thirty days to file a third amended complaint. Doc. 15. Plaintiff was warned that if he failed to file a third amended complaint within the specified time, this action would be dismissed. *Id.* at 3. Despite the Court's warning, plaintiff has failed to file a third amended complaint and the deadline for him to do so has expired. As a result, there is no pleading on file which sets forth any claims upon which relief may be granted.

///

1

1  Accordingly,

2  1. This action is dismissed with prejudice based on plaintiff's failure to state a claim
3     upon which relief may be granted.
4  2. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   December 2, 2025

_____
UNITED STATES DISTRICT JUDGE